UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

14 CV 8709

BCM ENERGY PARTNERS, INC.,

C.A. No.

Plaintiff,

JUDGE WOODS

-against-

**RULE 7.1 STATEMENT**

BLACK DIAMOND CAPITAL
APPRECIATION FUND, L.P., *et al.*,



Defendants.

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff BCM Energy Partners, Inc. certifies that there are no corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
October 31, 2014

OLSHAN FROME WOLOSKY LLP

By: _____
Jeffrey A. Udell
Peter M. Sartorius
*Attorneys for plaintiff*
*BCM Energy Partners, Inc.*
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

2844702-1