*Olshan Frome Wolosky LLP 65 East 55th St. New York, New York 10022*

## AFFIDAVIT OF SERVICE

Client's File No.: _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Index Number: 14 CV 8709
Date Filed: October 31, 2014

*BCM ENERGY PARTNERS, INC.*

Plaintiff

vs

*BLACK DIAMOND CAPITAL APPRECIATION FUND, L.P. et al.,*

Defendant

STATE OF NEW JERSEY, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New Jersey

That on the following date: _November 5, 2014_, at the following time: _11:30 AM_,
at _195 MAPLEWOOD AVENUE, MAPLEWOOD, NJ 07040_ deponent served the within Summons in a Civil Action, Complaint, Civil Cover Sheet, ECF Rules and Instructions, Individual Practices of Magistrate Judge Gabriel W. Gorenstein, Individual Practices in Civil Cases of Judge Gregory H. Woods

[X] Papers so served were properly endorsed with the Index Number and date of filing.

Upon: **BLACK DIAMOND CAPITAL APPRECIATION FUND, LP**.

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with _____, _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____.

[X] **Corporation LLC / LLP** By delivering to and leaving with _RAY COMMISSO_ said individual to be _MANAGER_ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place  [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:
1) _11/3/14_ at _10:50 AM_   3) _____ at _____   5) _____ at _____
2) _____ at _____   4) _____ at _____   6) _____ at _____

**Description of Recipient** Sex _MALE_ Color of skin: _WHITE_ Color of hair: _BROWN_ Age: _51-65_ Height _5'9"-6'0"_
Weight _161-200_ Other Features: _BEARD_

[ ] **Witness Fees** advanced payment was made.

[ ] **Military Service** I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

[X] Other _195 MAPLEWOOD AVE WAS VACANT, SERVED AT 546 VALLEY ROAD, MONTCLAIR NJ_

Sworn to before me on _11/5/14_

William C. Wilks
Notary Public of New Jersey
ID #2393310
My Commission Expires 12/1/2016

_GINO BALDANI_
PROCESS SERVER - PRINT NAME BELOW SIGNATURE

PROCESS SERVER LICENSE # _____

Work Order # 1405081