Job #: 1405225

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Attorney: Olshan Frome Wolosky LLP
Address:

| | | |
|---|---|---|
| BCM ENERGY PARTNERS, INC. | | Index Number: 14 CV 8709 |
| | Plaintiff | Client's File No.: |
| vs | | |
| BLACK DIAMOND CAPITAL APPRECIATION FUND, L.P. et al., | | Court Date: |
| | Defendant | Date Filed: 10/31/2014 |

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF MAILING

**MAILING**
Tina A. McCarthy being duly sworn, deponent completed service by depositing a copy of the **Summons in a Civil Action, Complaint, Civil Cover Sheet, ECF Rules and Instructions, Individual Practices of Magistrate Judge Gabriel W. Gorenstein, Individual Practices in Civil Cases of Judge Gregory H. Woods** in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by first class mail on: **11/07/2014** in an official depository of the United States Postal Service in the State of New York.

**To: NICHOLAS LATTANZIO**

546 VALLEY ROAD, UPPER MONTCLAIRE, NJ 07043 First Class:

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on 11/10/2014

Ann Marie Melia
Notary Public, State of New York
No. 01ME4914451
Qualified in Nassau County
Commission Expires 12/14/2017

Tina A. McCarthy

*Court Support, Inc., 181 Hillside Avenue, Williston Park 11596*